```
                     UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

          Plaintiff,

              v.                    CR. NO. S-07-165 LKK

JESUS FERNANDO VEGA,
LUIS MANUEL SANCHEZ-ACEVES,
and CRISTOBAL L. NAVARRO,

          Defendants.
_____/
UNITED STATES OF AMERICA,

          Plaintiff,

              v.                    CR. NO. S-07-170 LKK

RITO BELTRAN-LEON,
RENE BELTRAN-LEON, and
JUAN CAMACHO,
                                    RELATED CASE ORDER
          Defendants.
_____/
UNITED STATES OF AMERICA,

          Plaintiff,

              v.                    CR. NO. S-07-189 LKK

JOSE MARIA MEZA PORTILLO,

          Defendant.
_____/
```

```
 1  UNITED STATES OF AMERICA,
 2           Plaintiff,
 3              v.                    CR. NO. S-07-289 MCE
 4  EDI CAMACHO, aka "Pariente,"
    MISAEL CAMACHO, aka "Primo,"
 5  JUAN CAMACHO, aka "Bocho,"
 6           Defendants.
                                   /
 7
```

8   Examination of the above-entitled criminal actions reveals
9   that the actions are related within the meaning of Local Rule 83-
10  123, E.D. Cal. (1997).  For the reasons set forth in the
11  government's Notice of Related Cases, the assignment of the matters
12  to the same judge is likely to effect a substantial savings of
13  judicial effort and is also likely to be convenient for the
14  parties.

15   The parties should be aware that relating the cases under
16  Local Rules 83-123 merely has the result that the actions are
17  assigned to the same judge; no consolidation of the actions is
18  effected.  Under the regular practice of this court, related cases
19  are generally assigned to the judge to whom the first filed action
20  was assigned.

21   IT IS THEREFORE ORDERED that the action denominated CR. NO.
22  S-07-289 MCE be, and the same hereby is, reassigned to Judge
23  Lawrence K. Karlton for all further proceedings.  Henceforth the
24  caption on all documents filed in the reassigned case shall be
25  shown as CR. NO. S-07-289 LKK.

26   IT IS FURTHER ORDERED that the Clerk of the Court make

appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: July 3, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT