McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 07-189 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | |
| JOSE MEZA PORTILLO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Candace Fry, that the status conference currently scheduled for Tuesday, December 11, 2007, should be vacated; and a further status conference should be scheduled for January 29, 2008.

    It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to January 29, 2009, under Local Code T4, Title 18,

1

United States Code, Section 3161 (h)(8)(B)(iv), for continuity of counsel and defense preparation

Dated: December 7, 2007                     Respectfully submitted,

                                                             McGREGOR W. SCOTT
                                                             U.S. Attorney

                                                             /s/ Carolyn K. Delaney

                                                             CAROLYN K. DELANEY
                                                             Assistant U.S. Attorney

Dated: December 7, 2007                     /s/ Candace Fry

                                                             CANDACE FRY
                                                             Attorney for Meza-Portillo

**ORDER**

**IT IS HEREBY ORDERED**:   That the status conference set for December 11, 2007 is VACATED; and a further status conference for January 29, 2008 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and January 29, 2008, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice.

Dated: December 7, 2007

                                                      LAWRENCE K. KARLTON
                                                      SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT